ANDRUS v. ANDRUS.

A receipt to a joint obligor of his part no discharge of the other.

ACTION on bond for £50. Conditioned that they should pay to the plaintiff forty shillings on the 25th of April annually; alleging that they had not paid her said sums, etc.

Plea in bar — That said Zebulon paid to the plaintiff twenty shillings on the 25th of April annually, in each year, for three years successively, from the date of said bond; and that the plaintiff thereupon executed to the said Zebulon her receipts, for each payment therein, acknowledging, that she had received of said Zebulon twenty shillings in each year, in full of his part to pay.

The plaintiff demurrs — And judgment that the plea is insufficient — the receipts show, that said Zebulon had paid his equitable part for those years as it respected him, but can be no bar to her as to what is still behind and unpaid.